IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Toho Co. Ltd., <br>           Plaintiff, <br><br> v. <br><br> The Individuals, Corporations, LLCs, Partnerships, and Unincorporated Associations Identified on Schedule A, <br><br>           Defendants. | Case Number: 23-cv-14720 <br><br> Hon. Thomas M. Durkin |

**(AGREED) DEFENDANT BRICKSMYHEART'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant Bricksmyheart ("Defendant"), by and through its undersigned counsel, and respectfully requests this Court extend the time by 21 days to file a response to the Complaint. In support, the Defendant states as follows:

1. This is the first motion for an extension of time filed by the Defendant.

2. The Defendant is in settlement negotiations with the Plaintiff.

3. The Defendant needs additional time to try and reach an agreement, or if not, respond to Plaintiff's Complaint.

4. This Court may, for good cause, extend the time by which Defendant's response is due if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5. The Defendant respectfully requests this Court extend the date 21 days from the date of this filing on which Defendant must respond to Plaintiff's Complaint, if ultimately necessary, to December 20, 2023.

6. Counsel for Defendant apprised counsel for Plaintiff of this Motion, and counsel does not object.

WHEREFORE, for the foregoing reasons, Defendant Bricksmyheart respectfully requests this Honorable Court enter an Order: Extending the date on which its response to Plaintiff's Complaint is due 21 days to December 20, 2023.

November 29, 2023                    Respectfully submitted,

                                     s/ Christopher Keleher

                                     Christopher Keleher
                                     The Keleher Appellate Law Group, LLC
                                     1 East Erie St., Suite 525
                                     Chicago, IL 60611
                                     312-448-8491
                                     ckeleher@appellatelawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies on November 29, 2023 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com