IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOHO CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 23-cv-14720 <br><br> Judge Thomas M. Durkin |

**PLAINTIFF'S OPPOSED MOTION FOR A FIRST EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION [DKT. NO. 80].**

Plaintiff, TOHO CO., LTD., ("Plaintiff"), respectfully requests a one-week extension of time to file a Response to the Motion to Dissolve the Preliminary Injunction [Dkt. No. 80] as to Defendant No. 133 "hobbykollectibles" (hereinafter "Defendant"). This is Plaintiff's first request for an extension of time. Counsel for Plaintiff reached out to Defendant but has not received a response.

1. On October 11, 2023, Plaintiff filed a Complaint for Trademark Infringement and Counterfeiting (Count I); false designation of origin (Count II); Copyright Infringement (Count III) and Violation of Illinois Uniform Deceptive Trade Practices Act (Count IV) against multiple defendants including Defendant No. 133 "hobbykollectibles".

2. On November 9, 2023, this Court entered a preliminary injunction against all remaining defendants. [Dkt. Nos. 47, 48].

3. On February 5, 2024, Defendant filed a Motion to Dissolve the Preliminary Injunction. [Dkt. No. 80].

4. On February 5, 2024, this Court set a deadline of February 12, 2024, for Plaintiff to file its Response to Defendant's Motion to Dissolve the Preliminary Injunction and provided Defendant until February 20, 2024, to file a Reply. [Dkt. No. 81].

5. The parties are currently engaged in settlement negotiations. As such, Plaintiff respectfully requests a one-week extension of time, or until Monday, February 19, 2024, to either conclude its settlement negotiations or file a Response to Defendant's Motion to Dissolve the Preliminary Injunction. Plaintiff requests a corresponding one-week extension of time, or until February 27, 2024, for Defendant to file its Reply.

6. This is Plaintiff's first request for an extension of time.

7. Plaintiff has contacted Defendant regarding this request and has not received a response.

Respectfully submitted,

Dated: February 12, 2024

By: s/Michael A. Hierl\_
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
wkalbac@hsplegal.com
rmcmurray@hsplegal.com
Attorneys for Plaintiff
TOHO CO., LTD.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies on February 12, 2024, that a true and correct copy of the foregoing motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system.

/s/ *Michael A. Hierl*