UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Toho Co., Ltd.

                Plaintiff,

v.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                Defendant.

Case No.: 1:23−cv−14720
Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 11, 2024:

    MINUTE entry before the Honorable Thomas M. Durkin: Defendant hobbykollectibles (Defendant No. 133) moves to dissolve the preliminary injunction. R. 80. Defendant is an eBay Store and Defendant has had an account with eBay since May 2, 2014. R. 80−1 at p. 2. From May 2014 through December 2023, Defendant has sold just one allegedly infringing product, out of 909 total products sold. R. 80−2 ¶ ¶ 5, 16. That product was listed for sale as of October 2019 and sold in March 2023. Id. at &par;a 20. To obtain a preliminary injunction, a plaintiff must show that: (1) without such relief, it will suffer irreparable harm before final resolution of its claims; (2) traditional legal remedies would be inadequate; and (3) it has some likelihood of success on the merits. Courthouse News Serv. v. Brown, 908 F.3d 1063, 1068 (7th Cir. 2018). Plaintiff argues that the first and second elements are met because Defendant's conduct "has and continues to irreparably harm Plaintiff through diminished goodwill and brand confidence, damages to Plaintiff's reputation, loss of exclusivity, and loss of future sales." R. 85 at p. 10. Plaintiff further argues that the preliminary injunction is necessary to effectuate an "immediate halt to Defendant's infringing activities." Id. Yet Defendant has sold just one allegedly infringing product after nearly ten years of operating his eBay Store and having sold over 900 other various products. These facts do not indicate that Defendant is currently or will continue to sell infringing products or that Defendant will create future damage to Plaintiff's reputation. To the extent Plaintiff has been harmed by Defendant's one sale of the allegedly infringing product, Plaintiff may seek money damages. Plaintiff cannot show the first and second elements required for a preliminary injunction. For this reason, Defendant's motion (R. [80]) is granted and the preliminary injunction is dissolved. Plaintiff shall take appropriate action to effectuate this order. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.